**ORIGINAL**

# In the United States Court of Federal Claims

**FILED**

AUG 11

U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| DALE JOHN TOPPING, | |
| Plaintiff, | |
| v. | No. 17-423C |
| | Filed: August 11, 2017 |
| UNITED STATES, | |
| Defendant. | |

## ORDER

The court is in receipt of the parties' August 9, 2017 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2017), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own expenses, costs and attorney fees.

**IT IS SO ORDERED.**

MARIAN BLANK HORN
Judge